# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>         Plaintiff,<br><br>     vs.<br><br>KATHLEEN O. BRAIN, et al.,<br><br>         Defendants. | 1:14-cv-00221-GSA-PC<br><br>ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE<br>(Doc. 1.)<br><br>ORDER FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT BEARING HIS SIGNATURE WITHIN THIRTY DAYS |

   Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  On February 20, 2014, Plaintiff filed an unsigned civil complaint.  (Doc. 1.)  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).

   Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff's complaint, filed on February 20, 2014, is STRICKEN from the record for lack of signature;
   2. The Clerk's Office shall send Plaintiff a form § 1983 complaint;
   3. Within thirty days from the date of service of this order, Plaintiff is required to file an amended complaint bearing his original signature; and
   4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

   Dated:   **February 21, 2014**              **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28